# Court of Appeals
# of the State of Georgia

ATLANTA,  August 28, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0104. STEVEN GRAVES, et al v. CHARLOTTE HOWARD SATTERFIELD, et al.

Marcus and Charlotte Howard Satterfield sued Steven and Janice D. Graves alleging interference with easement rights and seeking declaratory and injunctive relief with respect to those rights. On February 1, 2023, the trial court entered an order granting summary judgment to the Satterfields, and the Graveses subsequently moved for reconsideration of that order. The trial court denied the motion for reconsideration on May 11, 2023, and on May 16, the Graveses filed this direct appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days following entry of an appealable order. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Here, however, the Graveses did not file their notice of appeal until 104 days after entry of the trial court's February 1 summary judgment order. And while the Graveses filed their appeal within 30 days of the order denying the motion for reconsideration, the denial of such a motion is not subject to direct appeal. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). Moreover, the filing of a motion for reconsideration does not toll the time for filing a direct appeal. *Ferguson*, 282 Ga. at 181 (1). Accordingly, the Graveses' failure to file a timely notice of appeal as to the summary judgment order deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__08/28/2023_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*